1

2  Attorneys for Plaintiffs,
   Bubalo Hiestand & Rotman, PLC
3  9300 Shelbyville Road, Suite 215
   Louisville, KY 40222
4  (502) 753-1600

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  _____    )   **Case No. 3:06-cv-03170-CRB**
    IN RE: BEXTRA AND CELEBREX          )
13  MARKETING SALES PRACTICES AND       )   **MDL NO. 1699**
    PRODUCT LIABILITY LITIGATION        )   **District Judge:  Charles R. Breyer**
14                                      )
    _____    )
15  ROBERT MANLEY and                   )
    PATRICIA MANLEY, spouse             )
16                                      )   **STIPULATION AND ORDER OF**
                Plaintiffs,             )   **DISMISSAL WITH PREJUDICE**
17                                      )
                vs.                     )
18                                      )
    MERCK & CO., INC; PFIZER, INC; JOHN )
19  DOE ONE and JOHN DOE TWO            )
                                        )
20              Defendants.
    _____

21

22       Come now the Plaintiffs, ROBERT MANLEY and PATRICIA MANLEY, and

23  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

24  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with

25  each side bearing its own attorneys' fees and costs.

26

27

28

                                      -1-

DATED: **12-14**, 2009        BUBALO HIESTAND & ROTMAN, PLC

By: _Leslie M. Cronen_
    Leslie M. Cronen
    Attorneys for Plaintiffs

DATED: February 3, 2010        DLA PIPER LLP (US)

By: _Michelle_
    Michelle W. Sadowsky
    Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **FEB 1 6 2010**

_Hon. Charles R. Breyer_
Hon. Charles R. Breyer
United States District Court

-2-